[Cite as *State v. Snelling*, 2013-Ohio-2633.]

COURT OF APPEALS
RICHLAND COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | |
|---|---|
| STATE OF OHIO | JUDGES:<br>Hon. William B. Hoffman, P.J. |
| Plaintiff-Appellee | Hon. Patricia A. Delaney, J.<br>Hon. Craig R. Baldwin, J. |
| -vs- | |
| | Case No. 12CA79 |
| REGINALD SNELLING | |
| Defendant-Appellant | O P I N I O N |

CHARACTER OF PROCEEDING:     Appeal from the Richland County Court of
                            Common Pleas, Case No. 10-CR-43 D

JUDGMENT:                    Affirmed

DATE OF JUDGMENT ENTRY:      June 21, 2013

APPEARANCES:

For Plaintiff-Appellee              For Defendant-Appellant

JAMES J. MAYER, JR.                 JAMES L. BLUNT, II
PROSECUTING ATTORNEY                445 West Longview Avenue
RICHLAND COUNTY, OHIO               Mansfield, Ohio 44903

BY: JILL M. COCHRAN
Assistant Richland County Prosecutor
38 South Park Street
Mansfield, Ohio 44902

*Hoffman, P.J.*

{¶1}   Defendant-appellant Reginald Snelling appeals his sentence entered by the Richland County Court of Common Pleas.  Plaintiff-appellee is the state of Ohio.

STATEMENT OF THE CASE[1]

{¶2}   On June 8, 2010, Appellant was found guilty by a jury of abduction, failure to comply with an order or signal of a police officer and assault on a police officer.  Via Sentencing Entry of June 15, 2010, Appellant was sentenced to seven years in prison and a mandatory three year term of post-release control.

{¶3}   On June 14, 2010, Appellant filed a direct appeal from his conviction with this Court in *State v. Snelling*, Fifth Dist. Case No. 10-CA-94.  This Court affirmed Appellant's conviction via Judgment Entry of June 22, 2011.  See, *State v. Snelling*, 5th Dist. No. 10-CA-94, 2011-Ohio-3222.

{¶4}   On October 11, 2011, Appellant filed a pro se motion to vacate his sentence and for appointment of counsel.  Via Judgment Entry of December 8, 2011, the trial court overruled Appellant's motion.

{¶5}   On April 9, 2012, Appellant filed a pro se motion for sentencing.  His motion was denied via Judgment Entry filed August 9, 2012.

{¶6}   It is from that entry, Appellant prosecutes this appeal, assigning as error:

{¶7}   "I. THE TRIAL COURT ERRED BY FAILING TO ORALLY PRONOUNCE NOTIFICATION OF THE IMPOSITION OF POST RELEASE CONTROL AND THE

---

[1] A rendition of the underlying facts is unnecessary for our resolution of the within appeal.

CONSEQUENCES OF A VIOLATION OF POST RELEASE CONTROL; THEREBY RENDERING THE SENTENCING VOID."

{¶8} In the sole assigned error, Appellant maintains the trial court erred during his sentencing in failing to orally pronounce the time period of post-release control and the consequences of violation as statutorily mandated by R.C. 2943.032. Appellant maintains his sentence is therefore void.

{¶9} R.C. 2943.032 reads,

{¶10} "Prior to accepting a guilty plea or a plea of no contest to an indictment, information, or complaint that charges a felony, the court shall inform the defendant personally that, if the defendant pleads guilty or no contest to the felony so charged or any other felony, if the court imposes a prison term upon the defendant for the felony, and if the offender violates the conditions of a post-release control sanction imposed by the parole board upon the completion of the stated prison term, the parole board may impose upon the offender a residential sanction that includes a new prison term of up to nine months."

{¶11} The statute pertains to the trial court's acceptance of a guilty plea or of a plea of no contest. As set forth in the Statement of the Case, *supra*, Appellant was convicted of the charges following a jury trial. Therefore, Appellant's reliance on R.C. 2943.032 is misplaced. For the same result see, *State v. Reid*, 2nd Dist. No. 24841, 2012-Ohio-2666 and *State v. Panza,* 8th Dist. No. 841777, 2005-Ohio-94.

{¶12} The sole assignment of error is overruled.

{¶13} Appellant's sentence in the Richland County Court of Common Pleas is affirmed.

By: Hoffman, P.J.

Delaney, J. and

Baldwin, J. concur

s/ William B. Hoffman_____
HON. WILLIAM B. HOFFMAN


s/ Patricia A. Delaney_____
HON. PATRICIA A. DELANEY


s/ Craig R. Baldwin_____
HON. CRAIG R. BALDWIN

IN THE COURT OF APPEALS FOR RICHLAND COUNTY, OHIO
FIFTH APPELLATE DISTRICT

STATE OF OHIO                                    :
                                                 :
    Plaintiff-Appellee                          :
                                                 :
-vs-                                             :              JUDGMENT ENTRY
                                                 :
REGINALD SNELLING                                :
                                                 :
    Defendant-Appellant                         :              Case No. 12CA79

For the reason stated in our accompanying Opinion, Appellant's sentence in the Richland County Court of Common Pleas is affirmed.  Costs to Appellant.

s/ William B. Hoffman_____
HON. WILLIAM B. HOFFMAN

s/ Patricia A. Delaney_____
HON. PATRICIA A. DELANEY

s/ Craig R. Baldwin_____
HON. CRAIG R. BALDWIN